UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Noah Sekala, : JUDGE PATRICIA A. GAUGHAN
:
:
      Plaintiff(s), : CASE NO. 1:24CV1369
:
v. :
: CASE MANAGEMENT ORDER
:
Just Mike's Jerky Company, Inc., :
:
      Defendant(s). :

A Case Management Conference was held in this matter on **10/17/24**. The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1. This case is assigned to the expedited/standard/**complex**/administrative/mass tort case management track.

2. \_\_\_\_ This case **is** suitable **now** for **Mediation/Settlement Conference**.

  **X** This case **is not** suitable for **Mediation/Settlement Conference** at this time.

  \_\_\_\_ This case **is not** suitable for **Mediation/Settlement Conference** at any time.

3. The parties do/ **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

4. **Non-Expert Discovery as to Phase I** shall be completed on or before **4/25/25**. Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to the case management track referred to in item no. 1 above. Discovery disputes shall be referred to this Court by way of motion, only after counsel for the party seeking the disputed discovery has made, and certified to the Court the making of, sincere, good faith efforts to resolve such disputes.

5. **Expert reports as to Phase I** shall be exchanged on or before **3/07/25** /
                                                                                                       (*Party with the Burden of Proof*)

**3/28/25** and **Expert Discovery** shall be completed on or before **4/25/25**.
(*Rebuttal*)

1

6. The **pleadings shall be amended without** leave of Court and new parties shall be joined on or before   **10/25/24**  .

7. **Motions for court-approved notice and/or class certification** shall be filed on or before   **5/26/25**  .

8. In accordance with Local Rule 7.1, a brief in opposition to a dispositive motion is due thirty (30) days after service of the motion, and a reply brief is due fourteen (14) days after service of the brief in opposition.  No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought *and* it indicates whether opposing counsel consents or objects to the requested extension.

9. A **Status Conference** is set _____ at _____.  Parties **must** be available by telephone.  Counsel must appear in person unless otherwise ordered by the Court.

10. A **Telephonic Status Conference** is set **3/25/25** at **9:00 a.m.** .  The Court will initiate the call with attorneys only.  However, the parties **must** be available for immediate contact, if necessary.

**Counsel shall confer to discuss outstanding issues and respective positions as to settlement. Counsel shall provide to the Court within three business days prior to the status conference a joint status report or individual status reports describing discovery, settlement positions, and issues to be addressed.  The status report(s) need not be filed, but may be delivered via e-mail at Gaughan_Chambers@ohnd.uscourts.gov.  Individual status reports must be exchanged with opposing parties.**

11. A **Settlement Conference** is set _____ at _____.  Parties and lead counsel **must** appear in person unless otherwise ordered by the Court.

**Counsel shall confer to discuss outstanding issues and settlement positions.  Counsel shall provide to the Court within three business days prior to the settlement conference individual**

**confidential mediation reports.  The mediation reports need not be filed, but may be delivered via e-mail at Gaughan_Chambers@ohnd.uscourts.gov.**

                                /s/ Patricia A. Gaughan
                                **PATRICIA A. GAUGHAN**
                                **UNITED STATES DISTRICT COURT**

Dated: 10/17/24